## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| William Grecia | ) | Case No: 13 C 8727 |
| | ) | |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| Apple Inc. | ) | |

## **ORDER**

Ruling on motion hearing held. Agreed motion to transfer case to the Northern District of California is granted [34]. The clerk is directed to transfer this case forthwith. Any pending dates or motions are moot. Civil case closed.

(T:) 00:05

Date: 2/18/14                                                                                          /s/ Judge John W. Darrah