

**THOMAS G. BRUTON**
    CLERK

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

February 19, 2014

Phillip Burton
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102-3434

RE: Grecia v. Apple Inc.
Case No: 13cv8727

Dear Clerk:

Pursuant to the order entered by Judge John W. Darrah, on 2/18/14, the above record

- ■ was electronically transmitted to United States District Court for the Northern District of California, San Francisco.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,
**Thomas G. Bruton, Clerk**

By: /s/ Melissa Rivera
Deputy Clerk

Enclosures

New Case No. _____ Date _____

cc: Non-ECF Attorneys and Pro se Parties